# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**STEPHEN D. TOWNSEND,**

    **Plaintiff,**

**v.**                                              **Docket No.:**
                                                 **Jury Demanded**

**ERIE INSURANCE COMPANY,**

    **Defendant.**

## NOTICE OF REMOVAL

Defendant, ERIE INSURANCE COMPANY, hereby notifies the Judges of the United States District Court for the Western District of Tennessee, the clerk of the Circuit Court of Shelby County, Tennessee and Plaintiff, Stephen D. Townsend, that the action described herein and filed in the Circuit Court of Shelby County, Tennessee, is removed to the United States District Court for the Western District of Tennessee, Western Division pursuant to 28 U.S.C. § 1441.

1.    On March 7, 2022, Plaintiff, Stephen D. Townsend, filed a civil action bearing Docket No. CT-0877-22 against the Defendant, ERIE INSURANCE COMPANY, in the Circuit Court of Shelby County, Tennessee.  Plaintiff accomplished service of process on Defendant ERIE INSURANCE COMPANY by serving counsel for Defendant by agreement on March 14, 2022.

2.    This action is filed by Plaintiff for proceeds allegedly due under a contract of insurance written by Defendant, ERIE INSURANCE COMPANY, and insuring Plaintiff's home and contents in Shelby County, Tennessee which was allegedly destroyed by fire

occurring on or about March 14, 2021.  Plaintiff also make claims of statutory bad faith.

3. Defendant seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332.

4. Plaintiff is a resident and citizen of Shelby County, Tennessee.  Defendant ERIE INSURANCE COMPANY is a corporation incorporated in Pennsylvania, with its principal place of business in Pennsylvania.  The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5. This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6. A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto as **Exhibit A**.

WHEREFORE, Notice is hereby given that the said civil action number CT-0877-22 is removed from the Circuit Court of Shelby County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

__s/ Jonathan D. Stewart_____
JONATHAN D. STEWART (BPR No. 23039)
Attorneys for Defendant
633 Chestnut Street, Suite 330
Chattanooga, TN  37450
(423) 756-3333
jstewart@raineykizer.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded first class U.S. Mail, postage prepaid to:

Alex S. Fisher
Morgan & Morgan – Nashville
810 Broadway, Suite 105
Nashville, TN 37203

counselors of record for Plaintiff, and by electronic means via the Court's electronic filing system.

This the 24th day of March, 2022.

**s/ Jonathan D. Stewart**