# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**STEPHEN D. TOWNSEND,**

    **Plaintiff,**

**v.**                                                             **Docket No.: 22-CV-2181**
                                                                     **Jury Demanded**

**ERIE INSURANCE COMPANY,**

    **Defendant.**

## MOTION TO AMEND THE COMPLAINT TO ADD PARTY

Come now the Plaintiff, pursuant to Rule 18 of the Federal Rules of Civil Procedure and moves this Court to add Pamela Townsend (nee Golden, hereinafter, "Ms. Golden") as an additional plaintiff. In support of its Motion, the Plaintiffs state:

Defendant insured property owned by Plaintiff located in Shelby County, Tennessee that suffered damages following a fire that occurred on March 14, 2021. At the time of the fire, Ms. Golden was a co-insured and co-owner of the property. After conferring with opposing counsel and Ms. Golden, we seek this Court's leave to join Ms. Golden as a party so as to protect her interest as it pertains to global settlement negotiations with Defendant, Erie Insurance Company. Granting this Motion to add Ms. Golden as a Party will not result in undue delay in this case. Proposed Amended Complaint is attached hereto as **Exhibit A.**

                                                    Respectfully submitted,

                                                    *s/ Alex S. Fisher*
                                                    Alex S. Fisher (BPR No. 31391)
                                                    **MORGAN & MORGAN – NASHVILLE**
                                                    810 Broadway, Suite 105
                                                    Nashville, Tennessee 37203
                                                    Phone: (629) 221-6502
                                                    Fax: (629) 221-6526
                                                    afisher@forthepeople.com
                                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this the 17th day of August 2022, a true and correct copy of the foregoing document was forwarded by email and via the Court's CM/ECF electronic filing system to:

Jonathan D. Stewart (BPR No. 23029)
RAINEY, KIZER, REVIERE & BELL, P.L.C.
*Attorney for Defendant*
633 Chestnut Street, Suite 330
Chattanooga, Tennessee 37450
(423) 756-3333
jstewart@raineykizer.com

                                           *s/ Alex S. Fisher*
                                           Alex S. Fisher