IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

STEPHEN D. TOWNSEND,

    Plaintiff,

v.                                          Case No. 2:22-cv-02181-MSN-tmp
                                          JURY DEMAND

ERIE INSURANCE COMPANY,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed March 24, 2022.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Parties' Stipulation of Dismissal with Prejudice (ECF No. 23), filed December 2, 2022, all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. As stipulated, Defendant Erie Insurance Company will be responsible for court costs and no discretionary costs will be applied for or awarded.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

December 05, 2022
Date

2